# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150380(20)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 150380
                                           COA: 322825
                                           Wayne CC: 06-000456-FC

LEWIS HARRIS,
      Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's July 28, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2015



Clerk

a0921